**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 25-cr-249-01-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PHILLIP E KENDRIX (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

The Report and Recommendation of the Magistrate Judge [Doc. No. 35] having been considered, together with the written objections thereto filed with this Court by Defendant, Phillip Kendrix ("Defendant Kendrix") [Doc. No. 36], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 20] filed by Defendant Kendrix is **DENIED**.

MONROE, LOUISIANA, this 2nd day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE